AO 440 (Rev. 10/93) Summons In a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

MICHELLE ROSENFELD AND HERBERT ROSENFELD

**SUMMONS IN A CIVIL CASE**

V.

EDEN FARMS, JAMES GASTON, GAST HOUSE LLC., and 200 east 75th STREET REALTY

CASE NUMBER:

**07 CV 3347**

**JUDGE CHIN**

TO: (Name and address of defendant)

GAST HOUSE LLC
1303-1305 THIRD AVENUE
NEW YORK, NEW YORK 10021

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

BAKER, PEDERSEN & ROBBINS
1 NEWARK STREET
HOBOKEN, NEW JERSEY 07030

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                    APR 2 6 2007
CLERK                                                 DATE

_(signature)_
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE 17 May 2007 |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) Margaret Mahoney | TITLE CPS |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Corporate Service upon Gashouse LLC 1305 Third Avenue New York, NY 10021 Served: Glenn Toilcoco - Manager - Authorized Agent

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  18 May 2007
Date

Signature of Server: Margaret Mahoney

Address of Server: 310 Cindy Street, Old Bridge, NJ

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.