AO 440 (Rev. 10/93) Summons In a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN **DISTRICT OF** NEW YORK

MICHELLE ROSENFELD AND HERBERT
ROSENFELD

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

EDEN FARMS, JAMES GASTON, GAST
HOUSE LLC., and 200 east 75th STREET
REALTY

**07 CV 3347**

**JUDGE CHIN**

TO: (Name and address of defendant)

JAMES GASTON
1303-1305 THIRD AVENUE
NEW YORK, NEW YORK 10021

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

BAKER, PEDERSEN & ROBBINS
1 NEWARK STREET
HOBOKEN, NEW JERSEY 07030

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                    APR 2 6 2007

CLERK                                  DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 17 May 2007 |
| NAME OF SERVER (PRINT) Margaret Mahoney | TITLE CPS |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: James Gaston 202 East 75th, New York, NY 10021

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 18 May 2007
       Date

Signature of Server: *Margaret Mahoney*

Address of Server: 310 Cindy Street, Old Bridge, NJ

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.