UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHELLE ROSENFELD and HERBERT ROSENFELD <br><br> Plaintiff(s) <br><br> VS. <br><br> EDEN FARMS, JAMES GASTON, GAST HOUSE LLC., and 200 EAST 75TH STREET REALTY <br><br> Defendant(s) | : Civil Action No.: 07CV3347(DC) <br> : <br> : ECF CASE <br> : <br> : <br> : REQUEST FOR ENTRY <br> : OF DEFAULT |

TO:   J. Michael McMahon, Clerk
      United States District Court
      Southern District of New York
      500 Pearl Street
      New York, New York 10007

Pursuant to F.R. Civ. P 55 (a), the plaintiffs, Michelle Rosenfeld and Herbert Rosenfeld, hereby requests the Clerk to enter the default of the defendants, Eden Farms, James Gaston, Gast House, LLC. And 200 East 75th Street Realty due to their failure to plead or otherwise defend. The plaintiffs will rely upon the affidavit of Gerald Baker, Esq. in support of their request to enter default.

                                    BAKER, PEDERSEN & ROBBINS
                                    1 Newark Street
                                    Hoboken, New Jersey 07030
                                    Attorneys for Plaintiff(s)

                                    BY: _____
                                        GERALD H. BAKER (GHB1914)

Dated: August 16, 2007