```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/9/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MICHELLE ROSENFELD and
HERBERT ROSENFELD

      Plaintiff(s)

VS.

EDEN FARMS, JAMES GASTON,
GAST HOUSE LLC., and
200 EAST 75TH STREET REALTY

      Defendant(s)

: Civil Action No.: 07CV3347(DC)

: DEFAULT JUDGMENT AND
: HEARING DATE

---

This action having been commenced on April 26, 2007 by the filing of a Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the defendants on the following dates:

1. Eden Farms on May 17, 2007

2. James Gaston on May 18, 2007

3. Gast House, LLC on May 18, 2007

4. 200 East 75th Street Realty on May 18, 2007,

and proof of service having been filed on July 31, 2007 and August 15, 2007 and the defendants not having answered the Complaint, and the time for answering the Complaint having expired, and the Clerk having entered the default of the defendants on December 12, 2007 pursuant to Rule 55 (a) of the Federal Rules of Civil Procedure, it is

ORDERED, ADJUDGED AND DECREED:

1. That ~~Default Judgment be entered against the defendants, Eden Farms; James Gaston; Gast House, LLC.; and 200 East 75th Street Realty pursuant to Rule 55 (b) (c) of the Federal Rules of Civil Procedure and~~

~~2.~~ 1. That this matter be scheduled for a hearing so that the Court can determine the amount of damages to be awarded to the plaintiffs, Michelle Rosenfeld and Herbert Rosenfeld, on January 24, 2008 at 10AM at the United States District Court, 500 Pearl Street, New York, New York.

2. Judgment will be entered following the inquest. *DC*

Dated: New York, New York
January 9, 2008

Hon. Denny Chin
U.S.D.J.

3. Plaintiffs' counsel shall provide written notice to defendants of the hearing forthwith. *DC*