## LAW OFFICES
## BAKER, PEDERSEN & ROBBINS
A PROFESSIONAL CORPORATION

GERALD H. BAKER
JORDEN N. PEDERSEN, JR.
BENNETT A. ROBBINS

MILTON GARBER
GEORGE J. DUFFY
OF COUNSEL

1 NEWARK STREET
P.O. BOX 1278
HOBOKEN, N.J. 07030

TEL: 201-659-2635
FAX: 201-659-1400
WWW.BAKERLAW-NJ.COM
BPR@BAKERLAW-NJ.COM

44 COURT STREET
SUITE 1212
BROOKLYN, N.Y. 11201
TEL: 212-227-8748

NATHAN BAKER
(1905-1982)

February 19, 2008

Hon. Denny Chin
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/19/08
```

RE: Rosenfeld v. Eden Farms
Docket No. : 07 CV 3347 (DC)
Our File No.: LL 8009 GHB

Dear Judge Chin:

The above matter has been scheduled for a default hearing on February 22, 2008 at 10:30 A.M. We have appreciated the cooperation of the court in re-scheduling the hearing; however, under the circumstances, we request that the hearing be adjourned.

We wrote to you on February 4, 2008 to advise that the plaintiff, Michelle Rosenfeld, was scheduled for surgery at Englewood Hospital on February 20. Initially, her doctor advised her that she could come to court on February 22 before returning to her winter residence in Florida for recuperation.

*[Handwritten note:] The 2/22/08 request is adjourned without date. Plaintiff should submit her request for damages in writing -- an affidavit, exhibits (if any), and a memorandum of law, within 14 days. SO ORDERED*

After reassessment, her doctor now advises her that she should remain on complete bed rest after the surgery and that she should return to Florida for recuperation for 2 months. Under the circumstances, we request that the hearing be re-scheduled for April 22 or thereafter (other than May 1-2).

We again appreciate your cooperation.

Very truly yours,

BAKER, PETERSEN & ROBBINS

By: /s/

GERALD H. BAKER, ESQ.

GHB:gdp