UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MICHELLE ROSENFELD and
HERBERT ROSENFELD

              Plaintiffs,

VS.

EDEN FARMS, JAMES GASTON,
GAST HOUSE LLC., and
200 EAST 75th STREET REALTY,

              Defendants.
------------------------------------------------------------X

Civil Action No.: 07CV3347(DC)

**STIPULATION**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/28/08

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the respective parties herein that the default judgment entered on January 9, 2008 against defendants JAMES GASTON, GAST HOUSE LLC., and 200 EAST 75th STREET REALTY, is hereby vacated on consent as to these defendants only, and that the time for these defendants to serve a response to Plaintiffs' Summons and Complaint in this action is hereby extended up to and including the 21st day of April, 2008.

Dated: Valhalla, New York
       March 13, 2008

BAKER PEDERSEN & ROBBINS

By: Gerald H. Baker (GHB1914)
Attorney for Plaintiffs
1 Newark Street
Hoboken, New Jersey 07030
(201) 659-2635

KAUFMAN BORGEEST & RYAN, LLP

By: Lee Berger, Esq. (LB0436)
Attorneys for Defendants
James Gaston and Gast House LLC
200 Summit Lake Drive, 1st Floor
Valhalla, New York 10595
(914) 741-6100

SO ORDERED

HON. Denny Chin
U.S.D.J.

3/21/08