UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MICHELLE ROSENFELD and
HERBERT ROSENFELD,

                                              07 CV 3347 (DC)

                 Plaintiffs,

                                              **NOTICE OF**

  -against-                                 **APPEARANCE**


EDEN FARMS, JAMES GASTON, GAST
HOUSE LLC. and 200 EAST 75TH STREET
REALTY,

                             Defendants.
------------------------------------------------------------------X


To the Clerk of the Court and all parties of record:

     Enter my appearance in this case for Defendants, JAMES GASTON and GAST HOUSE LLC.  I certify that I am admitted to practice in this court.


Dated:  New York, New York
           April 17, 2008

                                              Yours, etc.,

                                              KAUFMAN BORGEEST & RYAN LLP

                                              _____
                                              By:  Rocco P. Matra  [RPM-7630]
                                              Attorneys for Defendants
                                              JAMES GASTON and
                                              GAST HOUSE, LLC
                                              99 Park Avenue, 19th Floor
                                              New York, New York 10016
                                              (212) 980-9600

TO:    BAKER, PEDERSEN & ROBBINS
Attorneys for Plaintiffs
1 Newark Street
Hoboken, N.J. 07030
(201) 659-2635
Attn:   Gerald H. Baker [GHB1914]