UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MICHELLE ROSENFELD and
HERBERT ROSENFELD,

                    Plaintiffs,

   -against-


EDEN FARMS, JAMES GASTON, GAST
HOUSE LLC. and 200 EAST 75TH STREET
REALTY,

                  Defendants.
------------------------------------------------------------------X

07 CV 3347 (DC)

**CERTIFICATE**
**OF SERVICE**

     This is to certify that a true and correct copy of the foregoing Notice of Appearance was served via regular mail on the 17st day of April, 2008 upon:

    BAKER, PEDERSEN & ROBBINS
    Attorneys for Plaintiffs
    1 Newark Street
    Hoboken, N.J. 07030
    (201) 659-2635
    Attn:   Gerald H. Baker [GHB1914]

Dated:  New York, New York
         April 17, 2008

                                          _____
                                            ROCCO P. MATRA (RPM 7630)