UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
MICHELLE ROSENFELD and
HERBERT ROSENFELD,

                          07 CV 3347 (DC)

         Plaintiffs,

                          **RULE 7.1 STATEMENT**

    -against-


EDEN FARMS, JAMES GASTON, GAST
HOUSE LLC. and 200 EAST 75TH STREET
REALTY,

         Defendants.
-----------------------------------------------------------------------X

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private (non-governmental) party certifies that GASTON HOUSE LLC has no corporate parents, subsidiaries, or affiliates that are publicly held.

Dated: New York, New York
       April 21, 2008

                        Yours, etc.,

                        KAUFMAN BORGEEST & RYAN LLP

                        */s/ Rocco P. Matra*
                        By: Rocco P. Matra [RPM-7630]
                        Attorneys for Defendants
                        JAMES GASTON and
                        GASTON HOUSE, LLC
                        99 Park Avenue, 19th Floor
                        New York, New York 10016
                        (212) 980-9600

TO:     BAKER, PEDERSEN & ROBBINS
            Attorneys for Plaintiffs
            1 Newark Street
            Hoboken, N.J. 07030
            (201) 659-2635
            Attn:    Gerald H. Baker [GHB1914]