UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MICHELLE ROSENFELD and
HERBERT ROSENFELD,

                  07 CV 3347 (DC)

            Plaintiffs,

                  **CERTIFICATE OF SERVICE**

    -against-

EDEN FARMS, JAMES GASTON, GAST
HOUSE LLC. and 200 EAST 75TH STREET
REALTY,

           Defendants.
-------------------------------------------------------------------X

This is to certify that a true and correct copy of the foregoing ANSWER was served via regular mail on the 21st day of April, 2008 upon:

    BAKER, PEDERSEN & ROBBINS
    Attorneys for Plaintiffs
    1 Newark Street
    Hoboken, N.J. 07030
    (201) 659-2635
    Attn:   Gerald H. Baker [GHB1914]

Dated:  New York, New York
           April 21, 2008

                                        ROCCO P. MATRA (RPM 7630)