UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MICHELLE ROSENFELD and
HERBERT ROSENFELD,

                                        Plaintiffs,

07 CV 3347 (DC)

**CERTIFICATE OF SERVICE**

               -against-

EDEN FARMS, JAMES GASTON, GAST
HOUSE LLC. and 200 EAST 75TH STREET
REALTY,

                                 Defendants.
------------------------------------------------------------------X

      This is to certify that a true and correct copy of the foregoing Rule 7.1 Statement was served via regular mail on the 21st day of April, 2008 upon:

      BAKER, PEDERSEN & ROBBINS
      Attorneys for Plaintiffs
      1 Newark Street
      Hoboken, N.J. 07030
      (201) 659-2635
      Attn:   Gerald H. Baker [GHB1914]

Dated:  New York, New York
           April 21, 2008

_____
                     ROCCO P. MATRA (RPM 7630)