```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
MICHELLE ROSENFELD and HERBERT      :
ROSENFELD,
                                    :
            Plaintiffs,
                                    :
     - against -                             ORDER
                                    :
EDEN FARMS, JAMES GASTON, GAST               07 Civ. 3347 (DC)
HOUSE LLC., 200 EAST 75TH STREET    :
REALTY, HYS MARKET CORP., and
JOWNY MARKET CORP.,                 :

            Defendants.             :
- - - - - - - - - - - - - - - - - -x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/05/08

**CHIN, District Judge**

      By letter dated March 24, 2008, plaintiffs requested a pre-motion conference to discuss a proposed motion for leave to file an amended complaint and add HYS Market Corporation and Jowny Market Corporation as defendants. A proposed amended complaint was attached to the letter. At the time, none of the defendants had answered.

      As plaintiffs could have amended the complaint at the time as a matter of right, they are hereby granted leave to file the proposed amended complaint. Defendants shall answer the amended complaint by May 30, 2008, or write to the Court before then if they wish to move to dismiss in lieu of answering.

      SO ORDERED.

Dated:  New York, New York
       May 5, 2008

                                    DENNY CHIN
                                    United States District Judge