UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHELLE ROSENFELD and HERBERT ROSENFELD,<br><br>Plaintiff,<br><br>-vs-<br><br>EDEN FARMS, JAMES GASTON, GAST HOUSE, LLC, 200 EAST 75TH STREET REALTY, HYS MARKET CORP. and JOWNY MARKET CORP.,<br><br>Defendants. | 07 CIV. 3347   (DC)<br><br>**STATEMENT PURSUANT TO FEDERAL CIVIL RULE 7.1**<br><br>ECF CASE |

Please take notice that defendant **JOWNY MARKET CORP.,** duly organized and existing under the laws of the State of New York, by their attorney pursuant to Federal Civil Rule 7.1 state as follows:

There are no parent corporations nor any publicly held corporations that own any percentage of the above named corporations.

Dated: New York, New York
         July 16, 2008

                                        LAW OFFICE OF JONATHAN Y. SUE

                                               /s/
                                        By: Jonathan Y. Sue (JS / 0738)
                                            *Attorney for Defendant*
                                            *Jowny Market Corp.*
                                            1220 Broadway, Suite 502
                                            New York, New York 10001
                                            212.967.1001

LAW OFFICE OF
JONATHAN Y. SUE
1220 Broadway
Suite 502
New York, NY 10001
212.967.1001

C:\Law Office\J Y S\S S H A\Jowny Market Corp\7.1 Disclosure Statement.wpd

**07 CIV.  3347    (DC)**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHELLE ROSENFELD and HERBERT ROSENFELD,

Plaintiff,

-vs-

EDEN FARMS, JAMES GASTON, GAST HOUSE, LLC,
200 EAST 75TH STREET REALTY, HYS MARKET CORP. and
JOWNY MARKET CORP.,

Defendants.

**STATEMENT PURSUANT TO
FEDERAL CIVIL RULE 7.1**

**LAW OFFICE OF JONATHAN Y. SUE**

By:  Jonathan Y. Sue (JS / 0738)
*Attorney for Defendant Jowny Market Corp.*
1220 Broadway, Suite 502
New York, New York 10001
212.967.1001