UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MICHELLE ROSENFELD and
HERBERT ROSENFELD,

                              Plaintiffs,

07 CV 3347 (DC)

**CERTIFICATE OF SERVICE**

    -against-

EDEN FARMS, JAMES GASTON, GAST
HOUSE LLC. and 200 EAST 75TH STREET
REALTY,

                          Defendants.
-----------------------------------------------------------------X

      This is to certify that a true and correct copy of the foregoing ANSWER to the Amended Complaint was served via regular mail on the 4th day of August, 2008 upon:

    BAKER, PEDERSEN & ROBBINS
    Attorneys for Plaintiffs
    1 Newark Street
    Hoboken, N.J. 07030
    (201) 659-2635
    Attn:   Gerald H. Baker [GHB1914]

Dated:  New York, New York
           August 4, 2008

                                             _____
                                             ROCCO P. MATRA (RPM 7630)