UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MICHELLE ROSENFELD and                    Index No. 07 CV 3347 (DC)
HERBERT ROSENFELD,

                      Plaintiffs,

      -against-                                **CHANGE OF ADDRESS**

EDEN FARMS, JAMES GASTON, GAST
HOUSE LLC. and 200 EAST 75TH STREET
REALTY,

                      Defendants.
-----------------------------------------------------------------X

      **PLEASE TAKE NOTICE**, that as of August 1, 2008, the Manhattan office of **KAUFMAN BORGEEST & RYAN LLP**, will relocate to 120 Broadway – 14th Floor, New York, New York 10271. The telephone number for the firm shall remain (212) 980-9600 and the fax number shall remain (212) 980-9291.

      Pursuant to CPLR §2103, as of August 1, 2008, service of papers will be accepted at that address only.

Dated: New York, New York
         July 23, 2008

                                                   Yours, etc.,

                                                   KAUFMAN BORGEEST & RYAN LLP

                                                   By: _____
                                                       Rocco Matra, Esq.
                                               Attorneys for Defendants
                                             JAMES GASTON and
                                             GAST HOUSE, LLC
                                             120 Broadway – 14th Floor
                                             New York, New York 10271
                                             (212) 980-9600

TO:   BAKER, PEDERSEN & ROBBINS
      Attorneys for Plaintiffs
      1 Newark Street
      Hoboken, N.J. 07030
      (201) 659-2635
      Attn: Gerald H. Baker [GHB1914]