```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
MICHELLE and HERBERT ROSENFELD,     :

                Plaintiffs,         :

        - against -                 :

EDEN FARMS et al.,                  :

                Defendants.         :
                                    :
- - - - - - - - - - - - - - - - - -x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/5/08

**ORDER**

07 Civ. 3347 (DC)

**CHIN, District Judge**

A pretrial conference was held on September 3, 2008. Plaintiffs' counsel did not appear.

It is HEREBY ORDERED as follows:

(1) Plaintiffs' counsel shall submit a letter explaining his absence;

(2) The parties shall confirm the citizenship of all parties, including corporate parties and the LLC;

(3) All discovery, fact and expert, shall be completed by January 16, 2009; this deadline is final in light of the age of the case;

(4) A pretrial conference shall be held on January 16, 2009 at 10:00 am.

SO ORDERED.

Dated:  New York, New York
        September 5, 2008

DENNY CHIN
United States District Judge